IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| ZETARIA TRIPLETT *as next friend* *of* Z. T. H. <br>       **Plaintiff,** <br> <br> v. <br> <br> **COMMISSIONER OF** <br> **SOCIAL SECURITY,** <br> <br>       **Defendant.** | Civil No.: 1:19cv00089-JMV |

## ORDER DISMISSING CASE

This matter is before the Court on Plaintiff's Motion to Dismiss Appeal [16]. In support of the motion, Plaintiff essentially concedes there is no meritorious basis for this Social Security Appeal.

Pursuant to FED. R. CIV. P. 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." The undersigned, having been advised by counsel for Defendant that Defendant does not intend to oppose the motion, finds the motion should be, and the same is, hereby GRANTED. Accordingly, this case is dismissed pursuant to Rule 41(a)(2).

SO ORDERED this, the 28th day of October, 2019.

                                                   /s/ Jane M. Virden
                                                   UNITED STATES MAGISTRATE JUDGE